Robert D. Phillips, Jr. (SBN 82639)
rphillips@reedsmith.com
Linda B. Oliver (SBN 166720)
loliver@reedsmith.com
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone:     415 543 8700
Facsimile:     415 391 8269

Attorneys for Defendant and Counterclaimant
Ohio National Life Assurance Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN BASSETT,<br><br>          Plaintiff,<br><br>vs.<br><br>OHIO NATIONAL LIFE ASSURANCE CORPORATION, an Ohio Corporation doing,<br><br>          Defendant.<br><br>OHIO NATIONAL LIFE ASSURANCE CORPORATION, an Ohio Corporation doing Business in the State of California, ,<br><br>          Counterclaimant,<br><br>vs.<br><br>KAREN BASSETT,<br><br>          Counterdefendant. | Case No. 2:09-CV-00516-MCE-EFB<br><br>**ORDER GRANTING EXTENSION OF DISCOVERY CUT-OFF DATE** |

Pursuant to the stipulation by and between the parties, through their respective counsel of record, and good cause appearing, IT IS HEREBY ORDERED that the discovery cut-off date in this matter is continued from December 18, 2009 to February 19, 2010.

DATED: November 30, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE