| | |
|---|---|
| 1 | Linda B. Oliver (SBN 166720)<br>loliver@reedsmith.com |
| 2 | Robert D. Phillips, Jr. (SBN 82639)<br>rphillips@reedsmith.com |
| 3 | REED SMITH LLP<br>101 Second Street, Suite 1800 |
| 4 | San Francisco, CA 94105-3659 |
| 5 | Telephone: 415 543 8700<br>Facsimile: 415 391 8269 |

Attorneys for Defendant and Counterclaimant
Ohio National Life Assurance Corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN BASSETT,<br><br>          Plaintiff,<br><br>    vs.<br><br>OHIO NATIONAL LIFE ASSURANCE CORPORATION, an Ohio Corporation doing Business in the State of California,<br><br>          Defendant. | Case No.: 2:09-CV-00516-MCE-EFB<br><br>**STIPULATION FOR DISMISSAL; ORDER** |
| OHIO NATIONAL LIFE ASSURANCE CORPORATION, an Ohio Corporation doing Business in the State of California, ,<br><br>          Counter-Counterclaimant,<br><br>    vs.<br><br>KAREN BASSETT,<br><br>          Counterdefendant. | |

IT IS HEREBY STIPULATED by and between the parties to this action, through their respective counsel of record, that the Court may make and enter its order dismissing the above-captioned action with prejudice in its entirety, each party to bear its/his own costs and fees.

Case No.: 2:09-CV-00516-MCE-EFB      – 1 –

STIPULATION FOR DISMISSAL; [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

DATED: February 2, 2010.

REED SMITH LLP

By   //s//Linda B. Oliver.
    Linda B. Oliver
    Attorneys for Defendant and Counterclaimant
    Ohio National Life Assurance Corporation

DATED: February 1, 2010.

PERKINS & ASSOCIATES

By   //s// Robin Perkins
    Robin Perkins
    Attorneys for Plaintiff and Counterdefendant Karen Bassett.

**IT IS SO ORDERED.** The Clerk of Court is hereby directed to close the file.

DATED: February 8, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

US_ACTIVE-103053726.1

PDF created with pdfFactory trial version www.pdffactory.com